USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/29/2024

# BARTON

**RANDALL L. RASEY**
**DIRECT: 212.885.8822**
RRASEY@BARTONESQ.COM

ATTORNEYS AT LAW
_____

711 Third Avenue
14th Floor
New York, NY 10017

(212) 687.6262  Office
(212) 687.3667  Fax
_____

bartonesq.com

August 28, 2024

**BY ECF**
Hon. Victor Marrero
United States District Court
500 Pearl Street
Courtroom 15B
New York, NY 10007

          Re:    *Sheung Wan Gallery Limited v. Michael Kagan,*
                *S.D.N.Y. 1:23-cv-02519 (VM)*

Dear Judge Marrero:

      I represent Defendant/Counter-Crossclaim Plaintiff Michael Kagan in the above-referenced action, and write jointly with counsel for Plaintiff/Counter-Crossclaim Defendants Sheung Wan Gallery Limited and Over the Influence, Inc. We respectfully request an additional, two and one half-week stay of this case so that the parties may try to finalize the terms of their settlement agreement.

      The parties made two prior requests to adjourn the case schedule before Plaintiff's motion to dismiss was decided by this Court (ECF No. 12), and another three prior requests for such an adjournment after the Court decided that motion (ECF Nos. 24, 26 and 31). We believe it likely that the parties will finalize their settlement within the next two and one half weeks. If that does not happen, we will promptly notify the Court.

      Accordingly, we respectfully request that the Court extend the current stay until September 13, 2024. Thank you for the Court's consideration.

                                              Respectfully,

                                              Randall L. Rasey

CC:    All Counsel of Record

Request **GRANTED**.

**SO ORDERED.**
8/29/2024
DATE                    VICTOR MARRERO, U.S.D.J.