

**PRYOR CASHMAN LLP**

New York | Los Angeles | Miami

7 Times Square, New York, NY 10036-6569  Tel: 212-421-4100  Fax: 212-326-0806          www.pryorcashman.com

**Paul Cossu**
Partner

Direct Tel: 212-326-0143
pcossu@pryorcashman.com

September 16, 2024

**BY ECF**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____9/19/2024____
```

Hon. Victor Marrero
United States District Court Judge
500 Pearl Street, Courtroom 15B
New York, New York 10007

Re:  *Sheung Wan Gallery Limited v. Michael Kagan*;
     *Civil Action No. 1:23-cv-02519 (VM) (the "Action")*

Dear Judge Marrero:

We are counsel for Plaintiff and Counterclaim-Defendant Sheung Wan Gallery Limited ("SWG"), and Crossclaim-Defendant Over The Influence Inc. ("OTI"; together with SWG, the "Gallery") in this Action. We write jointly with counsel for Defendant and Counter/Crossclaim Plaintiff Michael Kagan ("Kagan") following correspondence with Your Honor's Chambers.

There has been a setback in the settlement discussions as a component of the non-monetary consideration that was being discussed is no longer feasible. The parties request an additional three-week stay until October 11, 2024, to try to find an alternative settlement structure. If the parties are unable to reach a settlement in that time, they request that the stay be lifted and a conference set a new discovery schedule and to discuss if a referral to the Mediation Program of the United States District Court for the Southern District of New York would be productive.

In accordance with Your Honor's Individual Civil Rule I(G), we note that the parties made two prior requests for adjournment of the case schedule before the Gallery's motion to dismiss was decided by this Court (ECF No. 12) and another four prior requests for such an adjournment after the Gallery's motion to dismiss was decided (ECF Nos. 24, 26, 31 and 36).

Thank you for the Court's attention and consideration.

Respectfully submitted,

Paul Cossu

cc:    All counsel of record (via ECF)

```
Request GRANTED.

The stay previously entered (see
Dkt. No. 36) is hereby extended
until October 11, 2024.

SO ORDERED.

____9/19/2024____                    _____
        DATE                          VICTOR MARRERO, U.S.D.J.
```